```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 05853
   JUVENTINO A BARRAGAN
   JUANITA BARRAGAN                            CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4599     SSN XXX-XX-5712

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/02/2007 and was confirmed 06/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/15/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
BANK OF AMERICA          SECURED VEHIC     9890.95           .00        1095.00
BANK OF AMERICA          UNSECURED        NOT FILED          .00            .00
CHASE HOME FINANCE LLC   CURRENT MORTG     1989.24           .00        1989.24
CHASE HOME FINANCE LLC   NOTICE ONLY      NOT FILED          .00            .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE        .00            .00            .00
CODILIS & ASSOCIATES ^   NOTICE ONLY      NOT FILED          .00            .00
CITIFINANCIAL            SECURED            800.00           .00          90.00
CITIFINANCIAL            UNSECURED        NOT FILED          .00            .00
MIDWEST TITLE LOANS      SECURED           1965.00           .00            .00
ROUNDUP FUNDING LLC      UNSECURED          850.94           .00            .00
DISH NETWORK             UNSECURED        NOT FILED          .00            .00
GC SERVICES              NOTICE ONLY      NOT FILED          .00            .00
HOUSEHOLD CREDIT SERVICE UNSECURED        NOT FILED          .00            .00
HSBC                     UNSECURED        NOT FILED          .00            .00
MACNEAL HOSPITAL         UNSECURED        NOT FILED          .00            .00
PREMIUM ASSET RECOVERY C UNSECURED          316.25           .00            .00
US CELLULAR              UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP    UNSECURED          727.18           .00            .00
MIDWEST TITLE LOANS      UNSECURED         1866.75           .00            .00
PETER FRANCIS GERACI     DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                         225.76
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                3,400.00

PRIORITY                                           .00
SECURED                                       3,174.24
UNSECURED                                          .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 05853 JUVENTINO A BARRAGAN & JUANITA BARRAGAN
```

```
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                 225.76
DEBTOR REFUND                                                           .00
                                      ---------------       ---------------
TOTALS                                       3,400.00              3,400.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/22/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE